

| | |
|---|---|
| 1 | ERIC GRANT |
|   | United States Attorney |
| 2 | MICHAEL D. ANDERSON |
|   | ROSANNE RUST |
| 3 | KATHRINE T. LYDON |
|   | Assistant United States Attorneys |
| 4 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 5 | Telephone: (916) 554-2700 |
|   | Facsimile: (916) 554-2900 |

FILED

NOV 05 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-0253 TLN |
| Plaintiff, | |
| v. | MOTION TO SEAL DOCKET |
| SEAN MCCLUSKIE, | |
| Defendant. | |

    The United States of America (the "government") hereby moves to seal the Information against Sean McCluskie and the entire docket, including the Plea Agreement, the Waiver of Indictment, this Motion to Seal, and the proposed Sealing Order. McCluskie's case is related to other investigations which are neither public nor known or fully known to all of the subjects of those investigations. Public filing may alert the subjects and targets to the ongoing investigations. Agents plan to conduct several investigatory steps in the near future, including obtaining and executing a residential search warrant and conducting interviews, which would benefit from subjects and targets continuing to be unaware of the existence, nature, and extent of the case discussed in McCluskie's Information, Plea Agreement, and other documents. There is reason to believe that alerting the subjects and targets of the related investigations to the case filed against McCluskie and the contents of the filed documents would seriously jeopardize the investigations, including by giving targets an opportunity to destroy or tamper

with evidence, change patterns of behavior, and tamper with potential witnesses. Accordingly, the government respectfully requests that the Court order that the docket be sealed until further order of the Court.

Dated: November 5, 2025

ERIC GRANT
United States Attorney

By: /s/ Katherine T. Lydon
MICHAEL D. ANDERSON
ROSANNE RUST
KATHERINE T. LYDON
Assistant United States Attorneys