ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
ROSANNE RUST
KATHERINE T. LYDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

NOV 05 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN MCCLUSKIE,<br><br>Defendant. | CASE NO. 2:25-cr-0253 TLN<br><br>[~~PROPOSED~~] SEALING ORDER<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the entire file in the above-captioned matter be SEALED and shall not be disclosed to any person, unless otherwise ordered by the Court.

Dated: 11/5/25

_____
THE HONORABLE ALLISON CLAIRE
U.S. MAGISTRATE JUDGE