## **SPECIAL CONDITIONS OF RELEASE**

Re: Sean McCluskie
No.: 2:25-CR-253-TLN-1
Date: November 14, 2025

1. You must restrict your travel to California, unless you previously notify the FBI Sacramento Field Office at least 48 hours before traveling outside of California;

2. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of the case;

3. You must not associate or have any contact with any conspirators or co-conspirators (except your spouse), unless in the presence of or through counsel;

4. You may not discuss with any person you know or believe to be a potential witness in this case or the related cases (2:25-CR-252-TLN and 2:25-CR-258-TLN) the details of the investigation that has resulted in the pending charges; and

5. You must report any contact with law enforcement to the FBI Sacramento Field Office within 24 hours of the law enforcement contact.