ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
ROSANNE RUST
KATHERINE T. LYDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

ALEXANDRE DEMPSEY
Trial Attorney
Public Integrity Section
U.S. Department of Justice
1301 New York Avenue, NW
Washington, D.C. 20530

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>SEAN MCCLUSKIE,<br><br>              Defendant. | CASE NO. 2:25-CR-253 TLN<br><br>NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL DOCUMENTS |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorneys Michael D. Anderson, Rosanne Rust, Katherine T. Lydon, in addition to Trial Attorney, Alexandre Dempsey, provides notice that it is requesting to file under seal: (1) a four-page document filed with the Court in connection with the criminal prosecution of defendant Sean McCluskie upon the concerns articulated in the government's Request to Seal Documents; and (2) a Request to Seal Documents. The government respectfully requests that these documents remain under seal until further Order of the Court.

1  The aforementioned documents were electronically transmitted to the Court on November 17, 2025.  Copies of the documents were served on the defendant.

Dated:  November 17, 2025

ERIC GRANT
United States Attorney

By:  /s/ *Rosanne Rust*
ROSANNE RUST
Assistant United States Attorney