1  ERIC GRANT
United States Attorney
2  MICHAEL D. ANDERSON
ROSANNE RUST
3  KATHERINE T. LYDON
Assistant United States Attorneys
4  501 I Street, Suite 10-100
Sacramento, CA 95814
5  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
6

7  ALEXANDRE DEMPSEY
Trial Attorney
8  Public Integrity Section
U.S. Department of Justice
9  1301 New York Avenue, NW
Washington, D.C. 20530
10

11  Attorneys for Plaintiff
United States of America
12

13                    IN THE UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16  UNITED STATES OF AMERICA,              CASE NO.  2:25-CR-253 TLN

17                         Plaintiff,      ORDER SEALING DOCUMENTS AS SET FORTH
                                           IN GOVERNMENT'S NOTICE
18              v.

19  SEAN MCCLUSKIE,

20                         Defendant.

21

22        Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

23  Request to Seal, IT IS HEREBY ORDERED that the four-page document pertaining to defendant Sean

24  McCluskie, and government's Request to Seal shall be SEALED until further order of this Court.

25        It is further ordered that access to the sealed documents shall be limited to the government and

26  counsel for the defendant.

27        The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

28  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

ORDER SEALING DOCUMENTS AS SET FORTH IN          1
GOVERNMENT'S NOTICE

1  the government's request, sealing the government's submission serves a compelling interest.  The Court

2  further finds that, in the absence of closure, the compelling interests identified by the government would

3  be harmed.  In light of the public filing of its notice to seal, the Court further finds that there are no

4  additional alternatives to sealing the government's request and the four-page document pertaining to

5  defendant that would adequately protect the compelling interests identified by the government.

7  DATED: November 19, 2025

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE