ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>SEAN MCCLUSKIE,<br><br>            Defendant. | CASE NO. 2:25-CR-253 TLN<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE REGARDING JUDGEMENT AND SENTENCING; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: February 26, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant pleaded guilty to the Information on November 20, 2025.

2. By previous order, this matter was set for status conference regarding judgement and sentencing on February 26, 2026.

///

///

///

///

///

STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE

1

3. By this stipulation, defendant now moves to continue the status conference until June 4, 2026. The government has no objection to the continuance.

IT IS SO STIPULATED.

Dated:  February 23, 2026                                ERIC GRANT
                                                         United States Attorney

                                                         /s/ KATHERINE T. LYDON
                                                         KATHERINE T. LYDON
                                                         Assistant United States Attorney


Dated:  February 23, 2026                                /s/ DANIEL OLMOS
                                                         DANIEL OLMOS
                                                         Counsel for Defendant
                                                         SEAN MCCLUSKIE


## [PROPOSED] ORDER

IT IS SO FOUND AND ORDERED this _____ day of _____, _____.

                                                         _____
                                                         THE HONORABLE Troy L. Nunley
                                                         CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE                    2