ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>SEAN MCCLUSKIE,<br><br>                              Defendant. | CASE NO.  2:25-CR-253 TLN<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE REGARDING JUDGEMENT AND SENTENCING; FINDINGS AND ORDER<br><br>DATE: August 6, 2026.<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      Defendant pleaded guilty to the Information on November 20, 2025.

2.      By previous order, this matter was set for status conference regarding judgement and sentencing on August 6, 2026.

///

///

///

///

///

STIPULATION AND ORDER REGARDING CONTINUANCE          1

3.     By this stipulation, defendant now moves to continue the status conference until October 1, 2026, at 9:30 a.m.   The government has no objection to the continuance.

IT IS SO STIPULATED.


Dated:  August 3, 2026                              ERIC GRANT
                                                    United States Attorney


                                                    /s/ KATHERINE T. LYDON
                                                    KATHERINE T. LYDON
                                                    Assistant United States Attorney


Dated:  August 3, 2026                              /s/ DANIEL OLMOS
                                                    DANIEL OLMOS
                                                    Counsel for Defendant
                                                    SEAN MCCLUSKIE


## ORDER

IT IS SO FOUND AND ORDERED this 4th day of August, 2026.



_____
Troy L. Nunley
Chief United States District Judge


STIPULATION AND ORDER REGARDING CONTINUANCE          2