ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN MCCLUSKIE,<br><br>Defendant. | CASE NO. 2:25-CR-253 TLN<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE REGARDING JUDGEMENT AND SENTENCING; FINDINGS AND ORDER<br><br>DATE: October 1, 2026.<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant pleaded guilty to the Information on November 20, 2025.

2. By previous order, this matter was set for status conference regarding judgement and sentencing on October 1, 2026.

///

///

///

///

///

3. By this stipulation, defendant now moves to continue the status conference until December 10, 2026, at 9:30 a.m. The government has no objection to the continuance.

IT IS SO STIPULATED.

Dated: September 28, 2026

ERIC GRANT
United States Attorney

/s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney

Dated: September 28, 2026

/s/ DANIEL OLMOS
DANIEL OLMOS
Counsel for Defendant
SEAN MCCLUSKIE

**ORDER**

IT IS SO FOUND AND ORDERED this 29th day of September, 2026.

Troy L. Nunley
Chief United States District Judge